# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Crystal Michelle Silvas, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| Hilton International of Puerto Rico, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:   12/10/2021

*Attorney's signature*

Julian R. Rivera Aspinall, USDCPR 208506
*Printed name and bar number*
RGF LAW FIRM
1647 Adams Street
Summit Hills
San Juan, PR 00920
*Address*

aspinall@ragflaw.com
*E-mail address*

(787) 792-8644
*Telephone number*

(787) 792-6475
*FAX number*