UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| Plaintiffs,<br><br>Crystal Michelle Silvas, et.al.,<br><br>v.<br><br>Defendants,<br><br>Hilton International of Puerto Rico, LLC.,<br>et.al., | CIVIL NO. 21-cv-1597(RAM) |

## NOTICE OF ISSUANCE OF SUMMONS

Notice is hereby given that Summonses have been electronically issued on an expedited basis. Summonses have been securely signed and sealed. Counsel <u>must print</u> all summonses and follow the service requirements set forth by the Rules of Civil Procedure. Electronic issuance of Summonses should **not** be construed as authorizing electronic service.

To request paper copies, please contact the Clerk's Office at (787)772-3000.

In San Juan, Puerto Rico, this 13th day of December, 2021.

MARIA ANTONGIORGI-JORDAN, ESQ.
CLERK OF COURT

By: s/ Antonio Rodriguez
Deputy Clerk