IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS, PAUL ANDREW SILVAS AND THE CONJUGAL SOCIETY FORMED BY BOTH<br><br>**PLAINTIFFS**<br><br>**VS.**<br><br>HILTON INTERNATIONAL OF PUERTO RICO, LLC; PUERTO RICO CARIBE LESSEE, LLC; PARK HOTELS & RESORTS, INC.; CHUBB INSURANCE COMPANY; W AND X CORP; Y AND Z INSURANCE COMPANIES<br><br>**DEFENDANTS** | CASE NO. 21-1597 |

### NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

The undersigned attorney hereby enters his appearance as additional counsel on behalf of Plaintiffs in the above-captioned case.

WHEREFORE, it is respectfully requested that this Honorable Court and the Clerk take notice of said appearance, adding the undersigned counsel as attorney of record for Plaintiffs.

**RESPECTFULLY SUBMITTED.**

I HERBY CERTIFY that I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filling to the attorneys of record.

In San Juan, Puerto Rico, this 25 day of January 2022.

**RIVERA-ASPINALL, GARRIGA
& FERNANDINI, PSC**
Attorneys for Plaintiffs

2

1647 Adams St., Summit Hills
San Juan, Puerto Rico   00920
Tel. (787) 792-8644
Fax (787) 792-6475

*S/Eduardo R. Jenks*
Eduardo R. Jenks
USDC PR# 300110
edjenks@yahoo.com

2