THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

121-244

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS<br><br>Plaintiff<br><br>V.<br><br>HILTON INTERNATIONAL OF PUERTO RICO, INC. et al.<br><br>Defendants. | CIVIL NÚM.:   21-cv-1597 |

## NOTICE OF APPEREANCE AND REQUEST FOR EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND

TO THE HONORABLE COURT:

COMES NOW Hilton International of Puerto Rico, LLC, Chubb Insurance Company through the undersigned attorneys, and very respectfully states, alleges, and prays as follows:

1. On January 26, 2022 the appearing parties were served with a copy of the complaint in this action.

2. The appearing parties has retained the services of the undersigned to represent it in this matter.

3. Although the deadline to answer the complaint would be February 16, 2021, the undersigned needs an additional period of time of thirty days to be able to investigate and gather the relevant data and documents.

4. Taking into account the undersigned's immediate availability, the undersigned, on behalf of the appearing party, respectfully requests an extension of 30 additional days, to expire on March 16, 2022, to answer the complaint.

WHEREFORE, it is respectfully requested that for the reasons stated above, this Honorable Court grant the appearing party an extension of 30 additional days, to expire on March 16, 2022, to answer the complaint or otherwise plead.

In San Juan, Puerto Rico, this February 4, 2022

I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to the attorneys of record.

    Respectfully submitted,

    s/Héctor A. Mármol-Lantigua
    **HÉCTOR A. MÁRMOL-LANTIGUA**
    USDC-PR 225404
    hmarmol@colonramirez.com

    **S/FRANCISCO E. COLÓN-RAMÍREZ**
    FRANCISCO E. COLÓN-RAMÍREZ
    BAR NO.: 210510
    E-mail: fecolon@colonramirez.com
    **COLÓN RAMÍREZ LLC**
    PO Box 361920
    San Juan, PR 00936-1920
    Tel.: (888) 760-1077
    Fax: (305) 507-1920