AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico ▼

| | |
|---|---|
| Crystal Michelle Silvas, et. al. ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 21-cv-1597(RAM) |
| Hilton International of Puerto Rico, LLC ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Park Hotels & Resorts, Inc.
> 1775 Tyson Blvd
> 7th Floore
> Tyson, VA 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Julian R. Rivera Aspinall, Esq.
> RGF Law Firm
> 1647 Adams Street
> Summit Hills, San Juan, PR 00920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARIA ANTONGIORGI-JORDAN, ESQ.
*CLERK OF COURT*

Date: 12/13/2021

Digitally signed by Antonio Rodriguez-Gonzalez
Date: 2021.12.13 09:44:41 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:21-cv-01597-RAM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Park Hotels & Resorts, Inc.** was received by me on *(date)* **January 24, 2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Rene Nordquist, Authorized Employee** , who is designated by law to accept service of process on behalf of *(name of organization)* **Corporation Service Company, Registered Agent for Park Hotels & Resorts, Inc.** on *(date)* **Tuesday, January 25, 2022** ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ **00.00** for travel and $ **89.00** for services, for a total of $ **89.00** .

I declare under penalty of perjury that this information is true.

Date: **January 26, 2022**

_____
*Server's signature*

**James Anderson • Private Process Server**
*Printed name and title*

Patriot Process Service
3900 Jermantown Rd • Suite 300
Fairfax, VA 22030
703-385-5300

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 25, 2022, 12:08 pm EST at 100 Shockoe Slip 2nd Floor, Richmond, VA 23219 received by Rene Nordquist, Authorized employee to accept for Corporation Service Company, Registered Agent for Park Hotels & Resorts, Inc.. Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 185-200; Height: 5'10"; Hair: Blond;

**Recipient accepted paperwork personally.**