THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

121-244

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS<br><br>Plaintiff<br><br>V.<br><br>HILTON INTERNATIONAL OF PUERTO RICO, INC. et al.<br><br>Defendants. | CIVIL NÚM.:   21-cv-1597 |

## NOTICE OF APPEREANCE AND REQUEST FOR EXTENSION OF TIME TO ANSWER COMPLAINT

TO THE HONORABLE COURT:

COMES NOW Park Hotels & Resorts, Inc., and Caribe Lessee, LLC through the undersigned attorneys, and very respectfully states, alleges, and prays as follows:

1. On January 25 and 26, 2022 the appearing parties were served with a copy of the complaint in this action.

2. The undersigned have been retained to represent the appearing parties in this matter. Previously the undersigned assumed the legal representation of Hilton International of Puerto Rico and Chubb Insurance Company.

3. It is respectfully requested that an extension of time to answer the complaint is granted to the appearing parties, until March 16, 2022, when, as per the Court Order at Docket 6, the deadline for Hilton and Chubb to answer the complaint expires. This request has been discussed with Counsel for plaintiffs, who have informed that he has no objection to it.

WHEREFORE, it is respectfully requested that for the reasons stated above, this Honorable Court grant the appearing parties to expire on March 16, 2022, to answer the complaint or otherwise plead.

In San Juan, Puerto Rico, this 10th day of March, 2022

I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to the attorneys of record.

Respectfully submitted,

s/Héctor A. Mármol-Lantigua
**HÉCTOR A. MÁRMOL-LANTIGUA**
USDC-PR 225404
hmarmol@colonramirez.com


**S/FRANCISCO E. COLÓN-RAMÍREZ**
FRANCISCO E. COLÓN-RAMÍREZ
BAR NO.: 210510
E-mail: fecolon@colonramirez.com
**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (888) 760-1077
Fax: (305) 507-1920