UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Crystal Michelle Silvas, et. al.**<br>Plaintiff<br><br>v.<br><br>**Hilton International of Puerto Rico LLC, et. al.**<br>Defendants | CIVIL NO: 3:21-cv-01597-RAM |

## NOTICE OF ISSUANCE OF SUMMONS

Notice is hereby given that Summons have been electronically issued on an expedited basis. Summons have been securely signed and sealed. Counsel <u>must print</u> all summons and follow the service requirements set forth by the Rules of Criminal Procedure. Electronic issuance of Summons should **not** be construed as authorizing electronic service.

To request paper copies, please contact the Clerk's Office at (787)772-3000.

In San Juan, Puerto Rico, this 5th day of July, 2022

                                                MARIA ANTONGIORGI-JORDAN, ESQ.
                                                CLERK OF COURT

                              by    <u>s/ Ana E. Durán-Capella</u>
                                        Deputy Clerk