THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

121-244

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS<br><br>Plaintiff<br><br>V.<br><br>HILTON INTERNATIONAL OF PUERTO RICO, INC. et al.<br><br>Defendants. | CIVIL NO.  21-1597 (RAM) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COME NOW Hilton International of Puerto Rico, LLC and Chubb Insurance Company of Puerto Rico, and respectfully inform the undersigned will serve as additional counsel of record:

**Francisco Colón-Ramirez, Esq.**
E-mail: fecolon@colonramirez.com
USDC Bar No. 210510
**Colón Ramírez, L.L.C.**
PO Box 361920
San Juan, PR 00936-1920
Tel. 888-760-1077
Fax 305-507-1920

WHEREFORE it is respectfully requested this Honorable Court take note of the above.

In San Juan, Puerto Rico, this 17$^h$ day of July, 2022.

    I HEREBY CERTIFY that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of its filing electronically to the attorneys of record.

    Respectfully submitted,

**S/FRANCISCO E. COLÓN-RAMÍREZ**
FRANCISCO E. COLÓN-RAMÍREZ
BAR NO.: 210510
E-mail: fecolon@colonramirez.com

**COLÓN RAMÍREZ LLC**
PO Box 361920
San Juan, PR 00936-1920
Tel.: (888) 760-1077