## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS, ET AL<br>*Plaintiffs*<br><br>v.<br><br>HILTON INTERNATIONAL OF PUERTO RICO, LLC; ET AL<br>*Defendants* | **CIVIL NO.** 21-cv-1597 (RAM)<br><br>PERSONAL INJURY |

### NOTICE OF APPEARANCE

The Clerk of the Court and all parties of record shall enter the appearance of the undersigned attorney, José M. Martínez Chevres, on behalf of codefendant, Pool & Spa Technicians, Corp. It is certified that subscribing counsel is admitted to practice before this Honorable Court.

**RESPECTFULLY SUBMITTED**, in Bayamón, P.R., this 29th day of July 2022.

**IT IS HEREBY CERTIFIED** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**MARTÍNEZ CHEVRES**
— Law Office
P.O. Box 190790
San Juan, PR 00919-0790
Tel. (787) 963-0100
jmc@martinezchevres.com


*s*/José M. Martínez Chevres
José M. Martínez Chevres
USCD-PR 301002