# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS, ET AL.<br>*Plaintiffs*<br><br>v.<br><br>HILTON INTERNATIONAL OF PUERTO RICO, LLC; ET AL.<br>*Defendants* | **CIVIL NO.** 21-cv-1597 (RAM)<br><br>PERSONAL INJURY |

## MOTION FOR EXTENSION OF TIME TO ANSWER
## OR, OTHERWISE, PLEAD

**TO THE HONORABLE COURT:**

**COMES NOW** codefendant, Pool & Spa Technicians, Corp, and, without submitting to this Honorable Court's jurisdiction, through the undersigned attorney, very respectfully STATES and PRAYS:

1. Appearing defendant, Pool & Spa Technicians, Corp., was recently served with summon and copy of the amended complaint. Presently, the factual investigation to answer or, otherwise, plead, is still underway. Therefore, with a good faith belief that an extension of time will not unduly prejudice any of the parties to the case, appearing defendant requests an extension of thirty (30) days to file its answer or, otherwise, plead.

**WHEREFORE**, appearing defendant, Pool & Spa Technicians, Corp., respectfully requests this Honorable Court to take notice of the foregoing, and to GRANT an extension of thirty (30) days to answer or, otherwise, plead, with any further relief deemed just and proper under the law.

2

**RESPECTFULLY SUBMITTED**, in Bayamón, P.R., this 29th day of July 2022.

**IT IS HEREBY CERTIFIED** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**MARTÍNEZ CHEVRES**
━ Law Office
P.O. Box 190790
San Juan, PR 00919-0790
Tel. (787) 963-0100
jmc@martinezchevres.com


*s*/José M. Martínez Chevres
José M. Martínez Chevres
USCD-PR 301002

2