# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS, ET AL<br>*Plaintiffs*<br><br>v.<br><br>HILTON INTERNATIONAL OF PUERTO RICO, LLC; ET AL<br>*Defendants* | **CIVIL NO.** 21-cv-1597 (RAM)<br><br>PERSONAL INJURY |

**MOTION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE**

**TO THE HONORABLE COURT:**

  **COMES NOW** codefendant, Pool & Spa Technicians, Corp., and, through its undersigned attorney, very respectfully **STATES** and **PRAYS**:

  1. On October 19, 2022, the Honorable Court issued an order setting the Initial Scheduling Conference for November 22, 2022, by VTC. (ECF No. 24).

  2. Unfortunately, on that date the undersigned will be out of the jurisdiction with limited access to the internet and to his case files.

  3. Thus, upon receiving the order, the undersigned promptly conferred with counsel for the other parties to select alternate dates for the hearing and suggest them to the Honorable Court.

  4. As a result, and with the consent of all counsel of record, the undersigned hereby suggests the following alternate dates for the Initial Scheduling Conference:

- December 1, 2022
- December 2, 2022

1

**CIVIL NO.** 21-cv-01597 (RAM)

- December 5, 2022, in the morning.

- December 9, 2022

**WHEREFORE**, codefendant, Pool & Spa Technicians, Corp., respectfully requests this Honorable Court to take notice of the foregoing and reset the Initial Scheduling Conference to any of the dates mentioned above.

**RESPECTFULLY SUBMITTED**, in Bayamón, P.R., this 24th day of October 2022.

**IT IS HEREBY CERTIFIED** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**MARTÍNEZ CHEVRES**
— Law Office
P.O. Box 190790
San Juan, PR 00919-0790
Tel. (787) 963-0100
jmc@martinezchevres.com

*s*/José M. Martínez Chevres
José M. Martínez Chevres
USCD-PR 301002

2