## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS, ET AL.<br>*Plaintiffs*<br><br>v.<br><br>HILTON INTERNATIONAL OF PUERTO RICO, LLC; ET AL.<br>*Defendants* | **CIVIL NO.** 21-cv-1597 (RAM)<br><br>PERSONAL INJURY |

### INFORMATIVE MOTION REGARDING COUNSEL'S ABSENCE FROM THE JURISDICTION

**TO THE HONORABLE COURT:**

**NOW COMES** the undersigned counsel for Defendant, Pool & Spa Technicians, Corp., and respectfully informs the court that he will be out of the jurisdiction from November 14, 2022 through November 25, 2022 with limited access to the internet and his case files.

**WHEREAS**, undersigned counsel for Pool & Spa Technicians, Corp., respectfully requests the court to take notice of the above and consider these dates when scheduling litigation events in this case.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 9th day of November, 2022.

**IT IS HEREBY CERTIFIED** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

1

**MARTÍNEZ CHEVRES**
▬ Law Office
P.O. Box 190790
San Juan, PR 00919-0790
Tel. (787) 963-0100
jmc@martinezchevres.com

<u>*s*/José M. Martínez Chevres</u>
José M. Martínez Chevres
USCD-PR 301002

2