# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>CHUBB INSURANCE COMPANY,<br>ET AL.,<br>Defendants. | CIVIL NO.   21-01597 (RAM) |

## SCHEDULING CONFERENCE MINUTES

Scheduling Conference was held via VTC, on December 1, 2022.   Counsel Eduardo R. Jenks, Hector Marmol and José Martínez were present.

The Court **adopted** the Joint Amended Case Management Memorandum submitted by the parties at docket no. 23, with the following addition:

- **By 8/20/2023**, parties shall submit a Rule 26(a) pretrial disclosure.

- **By 12/15/2023**, the parties shall file a joint motion with a joint estimate of total trial days and informing 3 sets of mutually agreed dates in which to hold the trial during the last quarter of 2023 and the first quarter of 2024.

Counsel Jenks informed that they already have the Expert Report for Damages, and recently they conducted the site inspection with an engineering expert, and they are still awaiting that report to start the negotiations.

The Court will refer the case to a Magistrate Judge for a settlement conference to be held during the month of March 2023.

s/ *Sulma López-Defilló*
Courtroom Deputy