UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS, PAUL ANDREW SILVAS AND THE CONJUGAL SOCIETY FORMED BY BOTH<br><br>PLAINTIFFS<br><br>VS.<br><br>HILTON INTERNATIONAL OF PUERTO RICO, LLC; PUERTO RICO CARIBE LESSEE, LLC; PARK HOTELS & RESORTS, INC.; CHUBB INSURANCE COMPANY; W AND X CORP; Y AND Z INSURANCE COMPANIES<br><br>DEFENDANTS | CIVIL NO.:   21-1597 (RAM) |

**JOINT MOTION IN COMPLIANCE WITH ORDER AT DOCKET NO. 32**

**TO THE HONORABLE COURT:**

**COME NOW** the parties, through the undersigned attorneys and very respectfully **SET FORTH** and **PRAY**:

1. On December 9, 2022, the court ordered the parties to submit an estimate of total trial days and 3 sets of mutually agreed dates in which to hold the trial during the last quarter of 2023 and the first quarter of 2024. [Docket No 32]

2. In compliance with the order, the parties hereby inform that jury trial in this case should last at least 5 days and suggest the following set of dates for trial to be held:

- November 6, 7, 8, 9 and 13, 2023
- December 4, 5, 6, 7 and 8, 2023
- January 22, 23, 24, 25 and 26, 2024

1

**WHEREFORE,** it is respectfully requested that this Honorable Court take notice of the foregoing and, subject to the court's availability, schedule the trial for any of the dates mentioned above.

**RESPECTFULLY SUMBITTED.**

In San Juan, Puerto Rico this 15th day of December 2022.

| Attorneys for Defendants | Attorneys for Plaintiff |
|---|---|
| **S/HÉCTOR MÁRMOL LANTIGUA**<br>HÉCTOR MÁRMOL LANTIGUA<br>Bar No.: 225404<br><br>**S/FRANCISCO E. COLÓN-RAMÍREZ**<br>FRANCISCO E. COLÓN-RAMÍREZ<br>BAR NO.: 210510<br>E-mail: fecolon@colonramirez.com<br>**COLÓN RAMÍREZ LLC**<br>PO Box 361920<br>San Juan, PR 00936-1920<br>Tel.: (888) 760-1077<br><br>Counsel for defendant Pool & Spa Technicians, Corp.<br><br>**S/JOSÉ M. MARTÍNEZ CHEVRES**<br>JOSÉ M. MARTÍNEZ CHEVRES<br>USCD-PR 301002<br>Email: jmc@martinezchevres.com<br><br>**MARTINEZ CHEVRES ▬ Law Office**<br>P.O. Box 190790<br>San Juan, PR 00919-0790<br>Tel. (787) 963-0100 | **RIVERA-ASPINALL, GARRIGA & FERNANDINI, PSC**<br>1647 Adams St.<br>Summit Hill<br>San Juan, PR 00920-4510<br>787-792-8644<br>Fax: 787-792-6475<br><br>**S/EDUARDO R. JENKS CARBALLEIRA**<br>EDUARDO R. JENKS CARBALLEIRA<br>USDC PR NO. 300110<br>Email: edjenks@yahoo.com<br><br>**S/JULIÁN R. RIVERA-ASPINALL**<br>Julián R. Rivera-Aspinall<br>USDC PR NO. 208506<br>Email: aspinall@ragflaw.com |