## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CRYSTAL MICHELLE SILVAS, *et al.*,** <br><br>   Plaintiffs, <br><br> **v.** <br><br> **HILTON INTERNATIONAL OF PUERTO RICO LLC, *et al.*,** <br><br>   Defendants. | **CIVIL NO. 21-1597 (RAM)** |

## O R D E R

A mediation/settlement conference is set for **March 22, 2023 at 3:00 p.m.** in Courtroom 9.

During the conference, the parties are ordered to have available in-person or by telephone a non-attorney client representative with full settlement authority.

In order to facilitate settlement, the plaintiffs shall serve a written settlement demand to the defendants by not later than **February 13, 2023.** The defendants shall serve plaintiffs with a written response - accepting the demand, rejecting it, or making a counter-offer - by not later than **February 27, 2023**. The parties shall NOT file their settlement demands or counter-offers with the court. Counsel for the parties shall confer the week of **March 13, 2023,** to try to reach settlement before the scheduled conference.

Motions to reschedule the conference will not be considered unless the moving counsel first contacts all other attorneys and certifies at least three proposed alternative days when all parties will be available. Failure to strictly comply with this order, or to negotiate settlement in good faith, may be grounds for sanctions pursuant to Fed. R. Civ. P. 16(f).

**IT IS SO ORDERED**.

In San Juan, Puerto Rico this 9th day of January, 2023.

*s/Bruce J. McGiverin* <br>
BRUCE J. McGIVERIN <br>
United States Magistrate Judge
