IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

MAGISTRATE JUDGE BRUCE J. McGIVERIN　　　　　DATE: May 3, 2023

Civil No.: 21-1597 (RAM)

Attorneys:

*Silvas, et al.,*　　　　　　　　　　　　　　　　Eduardo R. Jenks-Carballeira

Plaintiffs,

v.

*Hilton International of Puerto Rico LLC, et al.,*　　Hector A. Marmol-Lantigua
　　　　　　　　　　　　　　　　　　　　　　　　Jose M. Martinez-Chevres

Defendants.

Settlement conference was held. (2:59 p.m. – 3:07 p.m.)

The parties have discussed settlement but remain far apart at this time.

The parties believe a further settlement conference might be useful after the parties conclude with expert witness depositions.

By May 24, 2023, the parties shall file a joint informative motion suggesting three dates for a further settlement conference.

*s/Bruce J. McGiverin*
Bruce J. McGiverin
U.S. Magistrate Judge