**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Crystal Michelle Silvas, et al.<br><br>    Plaintiff<br><br>    v.<br><br>Hilton International of Puerto Rico, LLC<br><br>    Defendants | Civil no. 21 cv 01597 RAM-BJM<br><br>Plaintiffs Demand<br>Trial by Jury |

**MOTION IN COMPLIANCE WITH ORDERS AT ECF 42 and 43**

TO THE HONORABLE COURT:

   **Comes now** the parties, represented by their respective legal representatives, and before this Honorable Court respectfully inform as follows:

   1. This Honorable Court ordered the parties to inform a joint estimate of trial days and three sets of mutually available dates to in which to hold the trial in this matter.

   2. The parties respectfully inform that the total number of days that is estimated that the parties will need for the trial in this matter is seven (7) days: Four for the plaintiffs (to include jury selection and opening statements) and three for the defendants.

1

3. The dates that all parties currently have available for the trial of this matter are as follows:

>**March 11 to March 20, 2024,** with a recess on March 15th (one of the attorneys is not available on said date of March 15th, 2024)
>
>**April 22 to April 30, 2024**
>
>**May 1st to May 9th, 2024**

4. We have no excuses to present to this Court due to our lack of compliance with the order of this Court at docket number 42. It was an oversight and in no way intended to cause harm to any of the parties or to this Honorable Court. All parties are cooperating with each other in all aspects of the case, to include the limited extension of the discovery deadline that was requested and granted by this Honorable Court

5. We request that this Honorable Court excuse our delay in providing the information ordered by the Court and that no sanctions be levied.

**WHEREFORE,** it is respectfully requested that this Honorable Court accept the information provided by the parties as in compliance with the Orders issued by this honorable court at EFC 42 and 43; that the oversight of the parties be forgiven and that no sanctions be levied against any of the parties.

**I HEREBY CERTIFY:** That on this same date we electronically filed this amended complaint using the CM/ECF system which will send notification of such filing to all attorneys and parties of record.

In San Juan, Puerto Rico, this 13th day of June, 2023.

**RIVERA-ASPINALL, GARRIGA**
**& FERNANDINI LAW FIRM**
Attorneys for Plaintiffs
1647 Adams Street
Summit Hills
San Juan PR 00920
Telephone: (787) 792-8644
Facsimile: (787) 792-6475
Email: aspinall@ragflaw.com

**S/Julian Rivera Aspinall**
Julian Rivera-Aspinall
USDC# 208506

                        **S/FRANCISCO E. COLÓN-RAMÍREZ**
                        FRANCISCO E. COLÓN-RAMÍREZ
                        BAR NO.: 210510
                        E-mail: fecolon@colonramirez.com

                        **S/ HÉCTOR A. MÁRMOL-LANTIGUA**
                        HÉCTOR A. MÁRMOL-LANTIGUA
                        USDC-PR 225404
                        hmarmol@colonramirez.com

                        **COLÓN RAMÍREZ LLC**
                        PO Box 361920
                        San Juan, PR 00936-1920
                        Tel.: (888) 760-1077
                        Fax: (305) 507-1920

**MARTÍNEZ CHEVRES**
▬ Law Office
P.O. Box 190790
San Juan, PR 00919-0790
Tel. (787) 963-0100
jmc@martinezchevres.com

*s*/José M. Martínez Chevres
José M. Martínez Chevres
USCD-PR 301002