## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS, ET AL.<br>*Plaintiffs*<br><br><br>v.<br><br><br>HILTON INTERNATIONAL OF PUERTO RICO, LLC; ET AL.<br>*Defendants* | **CIVIL NO.** 21-cv-1597 (RAM)<br><br>PERSONAL INJURY |

### MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE

**TO THE HONORABLE COURT:**

**COMES NOW** codefendant, Pool & Spa Technicians, Corp., through the undersigned attorney, and very respectfully STATES and PRAYS:

1. Today, June 15, 2023, the Honorable Court issued an order setting the Pretrial Conference for February 6, 2024. [ECF No. 45]

2. Unfortunately, on that date the undersigned will be in the middle of a trial in the state court case Juan M. Ortiz Ortiz, et al. v. Hospital General Menonita, Inc., et al, Civil No. CY2020CV00042.

3. Thus, upon receiving the order, the undersigned promptly conferred with all counsel of record in order to seek alternate dates for the Pretrial Conference and suggest them to the Honorable Court. As a result, the following dates are hereby suggested for the rescheduling of the Pretrial Conference: March 4, 5, 6, 7, 11, 12, 13, 18, 19, 20 and 21, 2024.

**WHEREFORE**, codefendant, Pool & Spa Technicians, Corp., respectfully requests this Honorable Court to take notice of the foregoing and reschedule the Pretrial Conference for any of the dates mentioned above.

**RESPECTFULLY SUBMITTED**, in Bayamón, P.R., this 15th day of June 2023.

**IT IS HEREBY CERTIFIED** that, on this same date, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**MARTÍNEZ CHEVRES**
━ Law Office
P.O. Box 190790
San Juan, PR 00919-0790
Tel. (787) 963-0100
jmc@martinezchevres.com


*s*/José M. Martínez Chevres
José M. Martínez Chevres
USCD-PR 301002

2