# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRYSTAL MICHELLE SILVAS, PAUL ANDREW SILVAS, AND THE CONJUGAL SOCIETY FORMED BY BOTH,<br><br>**Plaintiffs**,<br><br>v.<br><br>HILTON INTERNATIONAL OF PUERTO RICO, LLC; PUERTO RICO CARIBE LESSEE, LLC; PARK HOTELS & RESORTS, INC; CHUBB INSURANCE COMPANY; POOL & SPA TECHNICIANS, CORP.; X CORPORATION; Y AND Z INSURANCE COMPANIES,<br><br>**Defendants**. | CIVIL NO. 21-1597 (RAM) |

**JUDGMENT**

On April 12, 2024, the parties filed a *Joint Stipulation for Voluntary Dismissal*. (Docket No. 91). In accordance with the Order entered at Docket No. 92, judgment is hereby entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorney's fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of April, 2024.

                                        s/Raúl M. Arias-Marxuach
                                        RAÚL M. ARIAS-MARXUACH
                                        UNITED STATES DISTRICT JUDGE